USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 7-12-17

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARA DADDIO,

    Plaintiff,

- against -

BERNARD KERIK, ET AL.,

    Defendants.

15-cv-5497 (JGK)

ORDER

---

**JOHN G. KOELTL, District Judge:**

The Court has reviewed the Report and Recommendation of Magistrate Judge Ellis dated June 6, 2017, ECF No. 95, which recommends that the motion of attorney Autondria S. Minor, ECF No. 77, for a retaining lien against the plaintiff be granted and that the lien be fixed in the amount of $43,894.29. No objections to the Report and Recommendation have been filed and the time for filing objections has passed. In any event, the Court finds that the Report and Recommendation is well reasoned and correct. The Court therefore adopts the Report and Recommendation.

The motion by the plaintiff's former attorney Autondria S. Minor for a retaining lien on behalf of her law firm, Schmeiser, Olsen & Watts LC, in the amount of $43,894.29 is **granted**. The Clerk is directed to close ECF No. 77.

**SO ORDERED.**

Dated:   New York, New York
        July 11, 2017

                                    John G. Koeltl
                                **United States District Judge**