UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DARA L. DADDIO,

       Plaintiff,     15-cv-5497 (JGK)

  - against -        ORDER

BERNARD B. KERIK ET AL.,

       Defendants.

---

JOHN G. KOELTL, District Judge:

  The Court has reviewed the Report and Recommendation by Magistrate Judge Aaron dated April 25, 2019, recommending that the Amended Complaint be dismissed with prejudice and that a default judgment as to liability against the plaintiff, Dara L. Daddio, on the counterclaims by Bernard B. Kerik be granted.

  The time for the parties to file objections to the Report and Recommendation has passed and no objections have been filed. In any event, the Court finds that the Report and Recommendation is well reasoned and should be adopted.

  The Court dismisses the Amended Complaint with prejudice and enters a default judgment against the plaintiff, Dara L. Daddio, on the defendant's counterclaims against her. The case is remanded to the Magistrate Judge for an inquest on damages

and any other appropriate relief. The Clerk is directed to close Docket Number 124.

**SO ORDERED.**

Dated: New York, New York
May 14, 2019

_____
John G. Koeltl
United States District Judge